IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CLANCY LOUIS McCOY,           )
                              )
    Petitioner,               )
                              )    CIVIL ACTION NO.
    v.                        )    3:04cv840-MHT
                              )         (WO)
JOHN E. NAGLE, Warden,        )
et al.,                       )
                              )
    Respondents.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (Doc. No. 24) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 23) is adopted.

(3) The petition for writ of habeas corpus (Doc. No. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of June, 2006.


　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE