IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CLANCY LOUIS McCOY,**     ) | |
|                             ) | |
| Petitioner,                 ) | |
|                             ) | CIVIL ACTION NO. |
| v.                          ) | 3:04cv840-MHT |
|                             ) | |
| **JOHN E. NAGLE, Warden,**  ) | |
| **et al.,**                 ) | |
|                             ) | |
| Respondents.                ) | |

### ORDER

There being no objections filed to the recommendation of the magistrate judge entered on February 2, 2007 (Doc. No. 45), and after an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court, pursuant to the limited remand from the Eleventh Circuit Court of Appeals, that:

(1) Said recommendation is adopted;

(2) The court declares that petitioner Clancy Louis McCoy first delivered his notice of appeal to prison officials for mailing on July 26, 2006, thereby rendering this date the date of filing for his notice of appeal.

The clerk of the court is DIRECTED to furnish a copy of this order to the Eleventh Circuit Court of Appeals.

DONE, this the 5th day of March, 2007.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE